**Alfred C. SMITH, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27973.**

Court of Criminal Appeals of Texas.

Jan. 25, 1956.

Jack C. Hazlewood, Amarillo, for appellant.

J. M. Kolander, County Atty., Amarillo, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This purports to be an appeal from a conviction for the offense of drunken driving, with punishment assessed at a fine of $200 and sixty days in jail.

The record before us does not reflect that a notice of appeal was given and entered of record, as required by Art. 827, C.C.P.

In the absence of a notice of appeal, the jurisdiction of this court does not attach.

The appeal is dismissed.